COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| APPRAISAL REVIEW BOARD OF EL PASO COUNTY, TEXAS, | § | No. 08-16-00307-CV |
| | § | Appeal from |
| Appellant, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| SPOKANE EQUITIES LIMITED PARTNERSHIP, | § | (TC # 2016DTX0433) |
| | § | |
| Appellee. | | |

## MEMORANDUM OPINION

Appellee, Spokane Equities Limited Partnership, has filed an unopposed motion to dismiss this appeal as moot. It is well established that a court is prohibited from deciding moot controversies. *National Collegiate Athletic Association v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999). A case is moot if a justiciable controversy ceases to exist at any stage of the legal proceedings, including the appeal. *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005). As reflected in the motion and attached documents, the parties have settled the underlying disputes between them. Accordingly, we grant the motion and dismiss the appeal as moot.

January 25, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating